DELL JARMIN ET AL., APPELLEES, V. CHARLES A. BESSIE, APPELLANT.

FILED JANUARY 30, 1930. No. 26902.

*Drake & Drake,* for appellant.

*Harvey M. Wilson, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

This is an action to recover for a quantity of hay alleged to have been sold and delivered by plaintiffs to defendant. Upon a trial in the district court for Buffalo county a verdict was rendered in favor of plaintiffs, and from a judgment entered thereon defendant has appealed.

We have carefully examined the record and find it to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.